Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELE E. GALLAGHER, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE INSURANCE COMPANY IN LIQUIDATION LONG TERM DISABILITY PLAN, The Plan; RELIANCE INSURANCE COMPANY IN LIQUIDATION, a foreign corporation, The Plan Administrator and Policy Holder; and LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation.<br><br>Defendants. | Case No.: 3:11-cv-05493-RBL<br><br>ORDER DISMISSING DEFENDANTS RELIANCE INSURANCE IN LIQUIDATION LONG TERM DISABILITY PLAN, The Plan, and Defendant RELIANCE INSURANCE COMPANY IN LIQUIDATION, a foreign corporation, The Plan Administrator and Policy Holder |

Based on the Stipulation of the parties, and for good cause shown, it is hereby

ORDERED that all actual or potential claims against Reliance Insurance Company in Liquidation Long Term Disability Plan and Reliance Insurance Company In Liquidation of any type in this case are hereby dismissed, without prejudice and without costs or attorneys fees awarded to any party.

DATED this 22nd day of August 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANTS RELIANCE INSURANCE IN LIQUIDATION LONG TERM DISABILITY PLAN, The Plan, and Defendant RELIANCE INSURANCE COMPANY IN LIQUIDATION, a foreign corporation, The Plan Administrator and Policy Holder– 1

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
1015 N.E. 113th Street
Seattle, Washington 98125
206/623-7520